UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **PATRICIA SCHAEFFER,**<br><br>Plaintiff,<br><br>v.<br><br>**NEW JERSEY TRANSIT CORPORATION,**<br><br>Defendant. | Docket No.: 14-578-WJM-MF<br><br>**ORDER** |

This matter comes before the court on Plaintiff's motion to dismiss Defendant's counterclaim for lack of subject matter jurisdiction. For the reasons set forth in the accompanying opinion,

**IT IS** on this 25th day of August, 2014 hereby

**ORDERED** that Plaintiff's motion is denied.

/s/ William J. Martini
_____
**WILLIAM J. MARTINI, U.S.D.J.**